# EXHIBIT B

# JABE MANAGEMENT

COMMITMENT LETTER

June 9, 2015

Gentlemen:

This commitment letter (the "Commitment Letter") sets forth JABE Management's (the "Lender") obligation to loan sums in connection with a Reorganization Plan of **Paradigm East Hanover, LLC** (the "Debtor") to the extent that funds are not otherwise provided to make payments under the confirmed Reorganization Plan.

The maximum amount of this Commitment is $1,100,000 in total payments for the life of the Reorganization Plan, and may be drawn upon with the initial withdrawal not to exceed $600,000 and monthly withdrawals not to exceed $50,000 per month to make payments due under the Reorganization Plan.

The loan shall be unsecured and shall be payable not earlier than the date the final payment is made by the Debtor pursuant to the Reorganization Plan.

The interest rate shall be 5% or such other interest rate as shall be found by the Court to be the appropriate interest rate.

This Commitment may be drawn upon on the confirmation of the Reorganization Plan.

The Loan documents will include standard covenants for loans of this type, as Lender may require, including, without limitation, financial reporting covenants, covenants regarding insurance, due on sale and due on encumbrance covenants, covenants prohibiting changes to the governing documents of Borrower, budget approval covenants, and covenants prohibiting amendments to the property management agreement without Lender's consent.

Very truly yours,

JABE Management

By: _____